JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA PARRAGUIRRE, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>FASTENER TECHNOLOGY CORP., a California corporation; EXPRESS SERVICES, INC., a Texas corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-09652-SPG-JC<br><br>*Assigned to the Honorable Sherilyn Peace Garnett*<br><br>**ORDER GRANTING STIPULATION TO REMAND**<br><br>State Action Filed: October 29, 2021<br>Removed: December 13, 2021 |

1  The Court, having considered the Parties Stipulation and finding good cause
2  therefor, hereby GRANTS the Stipulation and ORDERS as follows:
3     1.   This Action is remanded to Los Angeles Superior Court.  The
4          Clerk shall send a certified copy of this Order to the state court.
5     2.   Defendants will have 30 days to respond to Plaintiff's Complaint
6          in the Los Angeles Superior Court.

**IT IS SO ORDERED.**

DATED:  December 16 , 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE